IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 06-95 ERIE |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
|     Defendants. | ) | |
| | ) | |

## **ORDER**

AND NOW this __8th__ day of August, 2006, after consideration of the Plaintiff's Objections to the Magistrate Judges Report and Recommendation

IT IS HEREBY ORDERED that the objections are DENIED

IT IS FURTHER ORDERED that the Magistrate Judge's Report and Recommendation of July 21, 2006 is hereby AFFIRMED and Plaintiff's Motion for Order Enjoining Defendants from withholding Legal Material (Doc. No. 30) is DENIED

                                                                           S/Sean J. McLaughlin
                                                                           Sean J. McLaughlin
                                                                           United States District Judge

cc: counsel/parties of record __NK__